111 E. Locust, Suite. 500
Angleton, TX 77515

www.brazoria-county.com

979-864-1316
979-388-1316
281-756-1316



# RHONDA BARCHAK
## DISTRICT CLERK
### BRAZORIA COUNTY

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
10/9/2015 3:47:54 PM
CHRISTOPHER A. PRINE
Clerk

## NOTICE OF ASSIGNMENT ON APPEAL

10/9/2015

TO:  FOURTEENTH COURT OF APPEALS

RE:  Cause No. **77109-CV, in the 149th District Court**

Style;  **ARNOLD & ITKIN LLP VS. EJH ENTERPRISES, INC., ET AL**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

CASE INFORMATION:

DATE OF APPEALABLE ORDER/JUDGMENT:      9/10/15
NOTICE OF APPEAL:      10/8/15
MOTION FOR NEW TRIAL:      3/3/15 (GRANTED 4/14/15)
ORDER OVERRULING MOT N/T      N/A
REQUEST FOR FINDING OF FACTS AND CONCLUSIONS OF LAW FILED:  NO
REQUEST FOR CLERK'S RECORD:  NO
REQUEST FOR REPORTERS RECORD FILED:   NO
METHOD OF DELIVERY:      TAMES PORTAL
JUDGE PRESIDING:      TERRI HOLDER
COURT REPORTER:      ROBIN RIOS


\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

APPELLANT:      DAVID EBENAL

ATTORNEY(S) FOR APPELLANT:  MICHAEL M. PHILLIPS
TEL.:   979-849-4382
FAX :   979-849-1409
EMAIL ADDRESS:   michael@mphillipslaw.com
TEXAS BAR NO.:   15939000

Filed for Record
10/8/2015 2:44:14 PM
Rhonda Barchak, District Clerk
Brazoria County, Texas
77109-CV
Kelley Hanson, Deputy

## CAUSE NO. 77109-CV

| | | |
|---|---|---|
| **ARNOLD & ITKIN LLP** | § | **IN THE DISTRICT COURT OF** |
| | § | |
| **VS.** | § | |
| | § | **BRAZORIA COUNTY, TEXAS** |
| **EJH ENTERPRISES, INC.,** | § | |
| **MICHAEL HINDS, EDEN HINDS,** | § | |
| **AND DAVID EBENAL** | § | **149TH JUDICIAL DISTRICT** |

## DEFENDANT DAVID EBENAL'S
## NOTICE OF APPEAL

Defendant David Ebenal desires to appeal and does hereby give Notice of

Appeal to either the First or Fourteenth Court of Appeals from the Nunc Pro Tunc

Order signed by this Court on September 10, 2015.

Respectfully submitted,

THE MICHAEL M. PHILLIPS LAW FIRM P.C.

/s/ *Michael M. Phillips*

MICHAEL M. PHILLIPS
State Bar No. 15939000
P. O. Box 1030
Angleton, Texas 77516-1030
[Tel.] (979) 849-4382
[Fax] (979) 849-1409
*michael@mphillipslaw.com*

ATTORNEY FOR DAVID EBENAL

1

## CERTIFICATE OF SERVICE

I certify a true and correct copy of the foregoing instrument has been served on opposing counsel and pro se parties of record by mail, fax, e-mail and/or electronic service, addressed as follows:

Kurt B. Arnold
Arnold & Itkin LLP
6009 Memorial Drive
Houston, Texas 77007
[Fax] (713) 222-3850
karnold@arnolditkin.com
e-service@arnolditkin.com

Eden Hinds (Pro Se)
3010 Longhorn Circle
Manvel, Texas 77578
[Tel.] (205) 901-3981
edenhinds@gmail.com
mfhinds@gmail.com

Michael Hinds (Pro Se)
3010 Longhorn Circle
Manvel, Texas 77578
[Tel.] (205) 936-3839
mfhinds@gmail.com

Dated: October 8, 2015

/s/ *Michael M. Phillips*
MICHAEL M. PHILLIPS

2